IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ANNA LANGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 5:19-CV-00392-MTT |
| HOUSTON COUNTY, GEORGIA, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## **NOTICE OF APPEAL**

Notice is hereby given that, pursuant to Rules 3(a)(1) and 4(a)(1)(A) of the Federal Rules of Appellate Procedure, Defendants Houston County and Sheriff Cullen Talton, in his Official Capacity in the above-captioned action, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the District Court's "Order for Permanent Injunctive and Declaratory Relief" entered in this action on October 3, 2022 (Doc. 258). A copy of that Order is attached as Exhibit A.

Respectfully submitted this 21st day of October, 2022.

*s/ Sharon P. Morgan*
Sharon P. Morgan
Georgia Bar No. 522955
R. Read Gignilliat
Georgia Bar No. 293390
Patrick L. Lail
Georgia Bar No. 431101
William Drummond Deveney
Georgia Bar No. 219744

ELARBEE, THOMPSON, SAPP & WILSON, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia  30303
(404) 659-6700
(404) 222-9718 (Facsimile)
morgan@elarbeethompson.com
gignilliat@elarbeethompson.com
lail@elarbeethompson.com
deveney@elarbeethompson.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ANNA LANGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 5:19-CV-00392-MTT |
| HOUSTON COUNTY, GEORGIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2022, I electronically filed the foregoing

**NOTICE OF APPEAL** with the Clerk of Court using the CM/ECF System, which will

automatically send email notification of such filing to the following attorneys of record:

Kenneth E. Barton, III                          Wesley R. Powell
M. Devlin Cooper                                 Jill K. Grant
                                                 Catherine E. Fata


David Brown                                      Kevin M. Barry
Gabriel Arkles


*s/ Sharon P. Morgan*
Sharon P. Morgan
Georgia Bar No. 522955

ELARBEE, THOMPSON, SAPP & WILSON, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia  30303
(404) 659-6700
(404) 222-9718 (Facsimile)
lail@elarbeethompson.com

*Attorney for Defendants*

# EXHIBIT "A"

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

|  |  |  |
|---|---|---|
| **ANNA LANGE,** | ) | |
| | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | **Civil Action No. 5:19-CV-00392-MTT** |
| | ) | |
| **HOUSTON COUNTY, GEORGIA, et al,** | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |
| | ) | |

## <u>ORDER FOR PERMANENT INJUNCTIVE AND DECLARATORY RELIEF</u>

The parties jointly prepared, and the Court now approves, the following order.

Plaintiff Sergeant Anna Lange filed an amended complaint seeking, among other things, declaratory and injunctive relief against Defendants Houston County, Georgia (the "County") and Sheriff Cullen Talton in his official capacity in April 2020. Doc. 56. The Court awarded Sgt. Lange summary judgment on her claim arising under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq*. ("Title VII"), in an opinion dated June 2, 2022. Doc. 205. In light of the findings of undisputed fact and conclusions of law in the Court's opinion, the Court hereby **ORDERS** the following injunctive and declaratory relief pursuant to 42 U.S.C. § 2000e-5(g):

1. The Court declares that the exclusions of coverage for "[d]rugs for sex change surgery" and "[s]ervices and supplies for a sex change and/or the reversal of a sex change" (together, the "Exclusion") in the County's employee health plan (the "Health Plan") violate Title VII;

2. The Court permanently enjoins Defendants from any further enforcement or application of the Exclusion;

3. Within 14 days of this Order, Defendants shall:

   a. Notify Anthem Blue Cross Blue Shield Healthcare Plan of Georgia, Inc. ("Anthem"), the Health Plan's third-party administrator, of this order, and take all necessary steps to ensure Anthem ceases to enforce or apply the Exclusion or to maintain it in the Health Plan;

   b. Defendants shall direct Anthem to process any claim for Sgt. Lange's vaginoplasty, including all associated charges for services, supplies, and facilities, and all "Medically Necessary pre-operative and post-operative care" (as that term is used in the Health Plan) as indicated by her treating providers, in accordance with the terms, conditions, and limitations of the Health Plan as they stood in 2019 (except as modified herein).

This Court retains jurisdiction of this action, including Sgt. Lange's Equal Protection claim that is currently pending and set for trial, for the purpose of enforcing or modifying this Order and for the purpose of granting such additional relief as may be necessary or appropriate.

   **SO ORDERED**, this 3rd day of October, 2022.

                                        S/ Marc T. Treadwell
                                        MARC T. TREADWELL, CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT