## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

November 04, 2022

Patrick Lail
Elarbee Thompson Sapp & Wilson, LLP
800 INTERNATIONAL TOWER
229 PEACHTREE ST NE
ATLANTA, GA 30303

Appeal Number: 22-13626-DD
Case Style: Anna Lange v. Houston County, Georgia, et al
District Court Docket No: 5:19-cv-00392-MTT

We have received your Appearance of Counsel Form. According to our records, you are not a member of the Eleventh Circuit bar. Unless an attorney is appearing on behalf of the United States, a federal public defender, appointed by a federal court under the Criminal Justice Act, or otherwise appointed by this Court, 11th Cir. R. 46-1 requires admission to the Eleventh Circuit bar as a condition to practice before the Court.

In order to participate in this appeal, you must complete and submit an application for admission to the bar or application to appear pro hac vice within 14 days from the date of this letter. Application forms are available at www.ca11.uscourts.gov/attorney-forms-and-information. If your application is not received within 14 days, any motions or other papers that have been conditionally filed in the appeal may be clerically stricken and treated as though they were never filed.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Joe Caruso

Phone #: 404-335-6177

ATTY-1 Appearance form bar admission