Case No. 22-13626 DD

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

**HOUSTON COUNTY, GEORGIA, AND HOUSTON COUNTY SHERIFF CULLEN TALTON, IN HIS OFFICIAL CAPACITY,**
Defendants-Appellants,

v.

**ANNA LANGE,**
Plaintiff-Appellee.

## ON APPEAL FROM
## THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
## DISTRICT OF GEORGIA, MACON DIVISION
## CASE NO.: 5:19-CV-00392-MTT

## APPELLANTS' APPENDIX

Sharon P. Morgan, Georgia Bar No. 522955
R. Read Gignilliat, Georgia Bar No. 293390
William D. Deveney, Georgia Bar No. 219744
Patrick L. Lail, Georgia Bar No. 431101
ELARBEE, THOMPSON, SAPP & WILSON LLP
800 International Tower
229 Peachtree Street, NE
Atlanta, Georgia 30303
(404) 659-6700

Attorneys for Defendants-Appellants

# Index of Appendix

**Volume 1**                                                                               **Docket/Tab #**

District Court Docket Sheet ............................................................ A

Complaint ............................................................................................ 1

County's Answer to Complaint ................................................... 30

**Volume 2**

District Court Docket Sheet ............................................................ A

Amended Complaint ...................................................................... 56

Order Granting in Part and Denying in Part Motions to

    Dismiss re Amended Complaint ............................................... 89

County's Answer to Amended Complaint ...................................... 92

Sheriff's Answer to Amended Complaint ...................................... 96

Brief in Support of Plaintiff's Motion for Summary

    Judgment ................................................................................ 140-1

**Volume 3**

District Court Docket Sheet ............................................................ A

2019 Health Plan ......................................................................... 155-1

Defendants' Response to Plaintiff's Motion for Summary

    Judgment ................................................................................ 179

**Volume 4**

District Court Docket Sheet ....................................................... A

Defendants' Response to Plaintiff's Statement of

    Undisputed Material Facts ................................................. 179-3

Plaintiff's Reply in Support of her Motion for Summary

    Judgment ................................................................................ 187

Plaintiff's Reply in Support of her Statement of

    Undisputed Material Facts ..................................................... 188

Order on Motions for Summary Judgment ................................ 205

Injunction .................................................................................. 258

**Volume 5**

District Court Docket Sheet ....................................................... A

Trial Transcript ......................................................................... 259

    Respectfully submitted this 20th day of January 2023.

                            *s/Sharon P. Morgan*
                            Sharon P. Morgan
                            Georgia Bar No. 522955

ELARBEE, THOMPSON, SAPP & WILSON, LLP
800 International Tower

229 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 659-6700 (telephone)
(404) 222-9718 (facsimile)
morgan@elarbeethompson.com

*Attorneys for Defendants-Appellants*

# CERTIFICATE OF SERVICE

I hereby certify pursuant to Rule 25(d)(2) of the Federal Rules of Appellate Procedure that a true and correct copy of this **APPELLANTS' APPENDIX** has been filed via the Court's ECF filing system, which will automatically serve Plaintiff-Appellee's attorneys as follows:

Kenneth E. Barton, III
M. Devlin Cooper
Wesley R. Powell
Jill K. Grant
Catherine E. Fata
Amanda M. Payne
David Brown
Gabriel Arkles
Kevin M. Barry

This the 20th day of January 2023.

*s/Sharon P. Morgan*
Sharon P. Morgan
Georgia Bar No. 522955

ELARBEE, THOMPSON, SAPP & WILSON, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 659-6700 (telephone)
(404) 222-9718 (facsimile)
morgan@elarbeethompson.com

*Attorneys for Defendants-Appellants*