**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                                                      In Replying Give Number
Clerk                                                                                                  Of Case and Names of Parties

July 24, 2023

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **NOVEMBER 13, 2023, IN ATLANTA, GEORGIA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.**  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email Jenifer_Tubbs@ca11.uscourts.gov

**JENIFER TUBBS**
Court Sessions Supervisor

---
***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS.  PLEASE REFER TO CALENDAR #2.***

| | |
|---|---|
| 22-14219 | United States v. John Holland, et al. |
| 21-12332 | Erika Buckley v. Secretary of the Army (REVISED ARGUMENT DATE) |
| 21-11625 | United States v. Nadya Diaz (REVISED ARGUMENT DATE) |
| 22-13258 | Keith Sylvester v. James Barnett, et al. |
| 22-12495 | North American On-Site, LLC v. Zurich American Insurance Co. |
| 22-12501 | Gina Magwood v. Racetrac Petroleum, Inc. |
| 21-12571 | Jennifer Depree v. Mrs. Pamela Owens, et al. (Consolidated with 21-13198, Detrich Battle v. Georgia Dept. of Corrections) |
| 22-12148 | United States v. Quinton Simmons |
| 22-13625 | Multimedia Technologies, Inc. v. City of Atlanta, Georgia |
| 22-13068 | United States v. Maurice Kent |
| 22-13626 | Anna Lange v. Houston County, Georgia, et al. |
| 22-13288 | Douglas Stewart Company, Inc. v. HIQO Solutions, Inc. |
| 22-13293 | John Doe v. Emory University |