In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 22-13626

_____

ANNA LANGE,

Plaintiff-Appellee,

*versus*

HOUSTON COUNTY, GEORGIA,
SHERIFF, HOUSTON COUNTY,

Defendants-Appellants,

HOUSTON COUNTY BOARD OF
COMMISSIONERS, et al.,

Defendant.

_____

2                          Order of the Court                          22-13626

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 5:19-cv-00392-MTT

_____

ORDER:

Attorney ANNA M. BALDWIN has submitted an appearance of counsel to appear in this appeal.

Consistent with 11th Cir. R. 34-4(e), Attorney ANNA M. BALDWIN is GRANTED leave to appear in this appeal.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION