# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13626

_____

ANNA LANGE,

                   Plaintiff-Appellee,

*versus*

HOUSTON COUNTY, GEORGIA,
HOUSTON COUNTY SHERIFF CULLEN TALTON,
in his official capacity,

                   Defendants-Appellants,

HOUSTON COUNTY BOARD OF
COMMISSIONERS, et al.,

                   Defendant.

_____

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 5:19-cv-00392-MTT

_____

ORDER:

A judge of this Court withholds issuance of the mandate in this appeal.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION