# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Bill of Costs

Court of Appeals Docket No. __22-13626__

__Anna Lange__ vs. __Houston County, GA et al.__

<span style="color:red">A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.</span>

### INSTRUCTIONS

The appellate docketing fee is set in the fee schedule issued pursuant to 28 U.S.C. § 1913. However, the $5 fee for filing a notice of appeal is recoverable as a cost in the district court. In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| | Repro. Method (Mark One) | | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| | In-House | Comm* | | | | | |
| Appellate Docketing Fee | — | — | — | — | — | | |
| Appellant's Brief | | | | | | | |
| Appendix (3/22/23) | | X | 1,167 | 3 | 3501 | $875.25 | |
| Appellee's Brief (3/15/23) | | X | 67 | 3 | 201 | $50.25 | |
| Reply Brief | | | | | | | |
| Appendix (7/26/23) | | X | 1,178 | 3 | 3534 | $883.50 | |
| Appellee's Brief (7/26/23) | | X | 68 | 3 | 204 | $51 | |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | TOTAL | | $ 1,860 REQUESTED | $ ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: _/s/ Wesley R. Powell_    Date Signed: May 28, 2024

Attorney Name: Wesley R. Powell
(Type or print your name)

Attorney for: Anna Lange
(Type or print name of client)

E-mail: wpowell@willkie.com    Phone: (212) 728-9264

Street Address/City/State/Zip: Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019-6099

---

### FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ _____ against _____

and are payable directly to _____

David J. Smith, Clerk of Court

Issued on: _____    By: _____    DATE: _____
Deputy Clerk

BOC Rev.: 6/17

## UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

### Bill of Costs (Non-Reproduction)

Court of Appeals Docket No. 22-13636
Anna Lange vs. Houston County, GA et al.

| Date | Receipt No. | Cost Type / Description | Amount |
|---|---|---|---|
| 11/15/2022 | A11-101640-955 | Gabriel Arkles Attorney Admission Fee – 11th Cir. | $228.00 |
| 11/16/2022 | A11-101641-561 | David Brown Attorney Admission Fee – 11th Cir. | $228.00 |

Total Amount Requested: **$456.00**

# INVOICES / RECEIPTS

**Counsel Press Inc.**
**787 7th Avenue**
**New York, NY 10019-6099**

# BILL OF COSTS

**May 22, 2024**

| **CLIENT:** | **CAPTION:** | **INVOICE No.:** |
|---|---|---|
| Willkie Farr & Gallagher LLP | Anna Lange v. Houston County, GA | **0009146934** |

| **ADDRESS:** | **COURT:** | **JOB No.:** |
|---|---|---|
| 787 7th Avenue | USCOA - 11TH | 317298 |
| New York, NY 100196099 USA | | |

**Attention:**
Catherine E. Fata, Esq.

| ITEMS: | No. of Copies | | No. of Pages | | Unit Costs | Total |
|---|---|---|---|---|---|---|
| **APPELLEE'S BRIEF** | | | | | | |
| Cover(s) - 1st Side | | | 1 | @ | 140.00 | $ 140.00 |
| Reproduction | 3 | x | 67 | @ | $ 2.47637 | $ 497.75 |
| Binding | | | 3 | @ | $ 5.75 | $ 17.25 |
| Electronic File Production and Review | | | 1 | @ | $ 75.00 | $ 75.00 |
| File Upload(s) | | | 3 | @ | $ 50.00 | $ 150.00 |
| Filing of Documents | | | 1 | @ | $ 80.00 | $ 80.00 |
| Shipping & Handling | | | 1 | @ | $ 162.00 | $ 162.00 |

**As a courtesy to client, a 20% discount has been granted on the brief**

| | | |
|---|---|---|
| **Sub-Total** | | **$ 1,122.00** |
| **Applicable Sales Tax** | 8.8750% | **$ 99.58** |
| **20% Discount** | | **$ (209.04)** |
| **Total** | | **$ 1,012.54** |

**Counsel Press Inc.**
**PO Box 65019**
**Baltimore, MD 21264-5019**

# BILL OF COSTS

**May 22, 2024**

| | | |
|---|---|---|
| **CLIENT:**<br>Willkie Farr & Gallagher LLP | **CAPTION:**<br>Anna Lange v. Houston County, GA | **INVOICE No.:**<br>0009147049 |
| **ADDRESS:**<br>787 7th Avenue<br>New York, NY 100196099 USA | **COURT:**<br>USCOA - 11TH | **JOB No.:**<br>319856 |
| **Attention:**<br>Catherine E. Fata, Esq. | | |

| ITEMS: | No. of Copies | No. of Pages | Unit Costs | Total |
|---|---|---|---|---|
| **SUPPLEMENTAL APPENDIX** | | | | |
| Preparation of Appendix - 5 Volumes | | | | |
| Cover(s) - 1st Side (Repro only) | | 5 @ | 75.00 | $ 375.00 |
| Reproduction | 3 x | 1167 @ | $ 1.32536 | $ 4,640.10 |
| Binding | | 15 | $ 5.75 | $ 86.25 |
| Electronic File Production and Review | | 5 @ | $ 150.00 | $ 750.00 |
| File Upload(s) | | 5 @ | $ 50.00 | $ 250.00 |
| Filing of Documents | | 1 @ | $ 100.00 | $ 100.00 |
| Shipping & Handling | | 1 @ | $ 385.00 | $ 385.00 |

**As a courtesy to client, a 20% discount has been granted on the supplemetal appendix**

| | | |
|---|---|---|
| **Sub-Total** | | $ 6,586.35 |
| **Applicable Sales Tax** | 8.8750% | $ 584.54 |
| **20% Discount** | | $ (1,350.34) |
| **Total** | | $ 5,820.55 |

Counsel Press Inc.

PO Box 65019

Baltimore, MD  21264-5019

# BILL OF COSTS

**May 22, 2024**

| **CLIENT:** | **CAPTION:** | **INVOICE No.:** |
|---|---|---|
| Willkie Farr & Gallagher LLP | Anna Lange v. Houston County, GA | **0009151141** |

| **ADDRESS:** | **COURT:** | **JOB No.:** |
|---|---|---|
| 787 7th Avenue | USCOA - 11TH | 322697 |
| New York, NY 100196099 USA | | |

**Attention:**
Catherine E. Fata, Esq.

| ITEMS: | No. of Copies | | No. of Pages | | Unit Costs | Total |
|---|---|---|---|---|---|---|
| **APPELLEE'S APPENDIX** | | | | | | |
| Preparation of Appendix - 5 Volumes | | | | | | |
| Reproduction | 3 | x | 3534 | @ | $ 0.10000 | $ 1,060.20 |
| Volumes Bound | | | 3 | @ | $ 5.25 | $ 15.75 |
| Filing of Documents | | | 1 | @ | $ 80.00 | $ 80.00 |
| Shipping & Handling | | | 1 | @ | $ 706.00 | $ 706.00 |
| | | | | | | |
| **APPELLEE'S BRIEF** | | | | | | |
| Reproduction | 3 | x | 204 | @ | $ 0.10000 | $ 61.20 |
| Volumes Bound | | | 3 | @ | $ 5.25 | $ 15.75 |
| | | | | | | |
| | | | **Sub-Total** | | | **$ 1,938.90** |
| | | | **Applicable Sales Tax** | | 8.8750% | **$ 172.08** |
| | | | **Total** | | | **$ 2,110.98** |

**Pay.gov Payment Confirmation: U.S. COURT OF APPEALS, ELEVENTH CIRCUIT**

do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Tue 11/15/2022 3:59 PM
To:Jack Einstein <jeinstein@transgenderlegal.org>

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Nathaniel Sims at 404-335-6201.

   Account Number: 5275696
   Court: U.S. COURT OF APPEALS, ELEVENTH CIRCUIT
   Amount: $228.00
   Tracking Id: A11-101640-955
   Approval Code: 415195
   Card Number: ************0380
   Date/Time: 11/15/2022 03:59:45 ET

   Attorney Completing Transaction:: Z Gabriel Arkles
   Attorney Name:: Z Gabriel Arkles
   Attorney Phone:: 6469931691

NOTE: This is an automated message. Please do not reply

## Pay.gov Payment Confirmation: U.S. COURT OF APPEALS, ELEVENTH CIRCUIT

**do_not_reply@psc.uscourts.gov** <do_not_reply@psc.uscourts.gov>
Wed 11/16/2022 1:51 PM
To: Jack Einstein <jeinstein@transgenderlegal.org>

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Nathaniel Sims at 404-335-6201.

Account Number: 4375144
Court: U.S. COURT OF APPEALS, ELEVENTH CIRCUIT
Amount: $228.00
Tracking Id: A11-101641-561
Approval Code: 216115
Card Number: ************3862
Date/Time: 11/16/2022 01:51:08 ET

Attorney Completing Transaction:: David Brown
Attorney Name:: David Brown
Attorney Phone:: 16468629396

NOTE: This is an automated message. Please do not reply