No. 22-13626

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

HOUSTON COUNTY, GEORGIA, AND HOUSTON COUNTY SHERIFF CULLEN TALTON, IN HIS OFFICIAL CAPACITY,

Defendants-Appellants,

v.

ANNA LANGE,

Plaintiff-Appellee.

On Appeal from the United States District Court for the
Middle District of Georgia, Macon Division

Case No. 4:21-CV-415

## MOTION FOR LEAVE TO FILE *AMICUS* BRIEF BY ETHICS AND PUBLIC POLICY CENTER IN SUPPORT OF DEFENDANTS-APPELLANTS' PETITION FOR REHEARING EN BANC

Eric N. Kniffin
Mary Rice Hasson
Ethics & Public Policy Center
1730 M Street, N.W.
 Suite 910
Washington, DC 20036
(202) 682-1200
ekniffin@eppc.org

*Counsel for* Amicus Curiae

June 10, 2024

**22-13626 – Houston County, Georgia, et al., v. Anna Lange**

## CORPORATE DISCLOSURE STATEMENT
## AND CERTIFICATE OF INTERESTED PERSONS

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and 11th Cir. R. 26.1, 26.2-1, 26.1-3 and 28-1(b), the undersigned counsel of record for amicus curiae certifies that the following listed persons and parties not already listed in the CIP contained in the Defendants-Appellants' petition for rehearing en banc have an interest in the outcome of this case:

1. Ethics and Public Policy Center, *amicus curiae*;
2. Hasson, Mary Rice, counsel for *amicus curiae*; and
3. Kniffin, Eric Nieuwenhuis, counsel for *amicus curiae.*

*Amicus curiae* Ethics and Public Policy Center is a non-profit 501(c)(3) organization with no corporate parent and is not owned in whole or in part by any publicly held corporation.

These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

Dated: June 10, 2024

                                         s/ Eric N. Kniffin
                                         Eric N. Kniffin
                                         *Counsel for* Amicus Curiae

1

# MOTION

*Amicus* Ethics and Public Policy Center ("EPPC") hereby requests leave to submit an *Amicus Curiae* Brief in Support of Defendants-Appellants' Petition for Rehearing *En Banc*.

EPPC is a nonprofit research institution dedicated to applying the Judeo-Christian moral tradition to critical issues of public policy, law, culture, and politics. EPPC has a strong interest in promoting the Judeo-Christian vision of the human person, protecting religious liberty, and responding to the challenges of gender ideology.

Gender ideology has permeated culture with stunning speed, influencing medicine, business, media, entertainment, government, and education. It has sown confusion and led to unprecedented rates of "transgender" identification and body modification requests. These changes have created an urgent need for clarity, education, and guidance.

To meet this need, EPPC launched the Person & Identity Project, led by Director Mary Rice Hasson.[1] Many EPPC Fellows also write and advocate on issues related to gender ideology.[2]

---

[1] EPPC, Person & Identity Project, https://personandidentity.com/.

[2] Relevant publications from EPPC Fellows include:

2

The proposed *amicus* brief draws upon Mary Hasson's research to show why the panel was wrong to hold that it is facially discriminatory to exclude coverage for so-called "sex change" procedures. As shown in EPPC's brief, there is not now and has never been an authoritative medical standard on how best to treat gender dysphoria. EPPC's brief also argues that the panel's expansive definition of "facially discriminatory" would harm the good by preventing courts, employers, and other decisionmakers from taking into account the best, most current medical research on how to help people suffering from gender dysphoria.

---

- Ryan T. Anderson, *When Harry Became Sally* (2018);
- Andrew T. Walker, *God and the Transgender Debate* (2017);
- Carl R. Trueman, *Strange New World: How Thinkers and Activists Redefined Identity and Sparked the Sexual Revolution* (2022);
- Mary Rice Hasson, *Erasing Females in Language and Law*, 11 J. of Christian Legal Thought 44, 46 (Oct. 2011), available at https://eppc.org/publication/erasing-females-in-language-and-law/.
- Theresa Farnan, *Our World Has Lost the Catholic Understanding of Human Anthropology*, Our Sunday Visitor (June 2, 2023), https://www.oursundayvisitor.com/our-world-has-lost-the-catholic-understanding-of-human-anthropology;
- Amicus briefs on gender identity authored by EPPC fellows are available at EPPC, *Amicus Briefs: "Gender Transition" Interventions*, https://eppc.org/amicus-briefs/#16-%E2%80%9Cgender-transition%E2%80%9D-interventions-.

3

Pursuant to 11th Cir. R. 29-3, *amicus* has submitted its proposed brief as an attachment to this motion.

*Amicus* respectfully requests that this Court grant its motion and accept for filing its brief in support of Defendants-Appellants' Petition for Rehearing *En Banc*.

> Respectfully submitted,
>
> s/ Eric N. Kniffin
> ERIC N. KNIFFIN
> MARY RICE HASSON
> ETHICS & PUBLIC POLICY CENTER
> 1730 M Street, N.W.
> Suite 910
> Washington, DC 20036
> (202) 682-1200
> ekniffin@eppc.org
>
> *Counsel for* Amicus Curiae

JUNE 10, 2024

4

## CERTIFICATE OF COMPLIANCE

This brief complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because it contains 390 words.

This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in Microsoft Word Version 2404 using a proportionally spaced typeface, 14-point Century Schoolbook.

Dated: June 10, 2024

            s/ Eric N. Kniffin
            Eric N. Kniffin
            *Counsel for* Amicus Curiae

## CERTIFICATE OF SERVICE

The foregoing Motion for Leave to File Amicus Curiae Brief was electronically filed with the U.S. Court of Appeals for the Eleventh Circuit on June 10, 2024. The Court's electronic filing system will provide notification to counsel of record.

Dated: June 10, 2024

s/ Eric N. Kniffin<br>
Eric N. Kniffin<br>
*Counsel for* Amicus Curiae