# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13626

_____

ANNA LANGE,

                                                  Plaintiff-Appellee,

*versus*

HOUSTON COUNTY, GEORGIA,
HOUSTON COUNTY SHERIFF CULLEN TALTON,
in his official capacity,

                                                  Defendants-Appellants,

HOUSTON COUNTY BOARD OF COMMISSIONERS, et al.,

                                                  Defendant.

2　　　　　　　　　　　Order of the Court　　　　　　　　　　　22-13626

_____

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 5:19-cv-00392-MTT

_____

ORDER:

The motions for leave filed by American Civil Rights Project, Christian Employers Alliance, Billy Burleigh, KathyGrace Duncan, Jane Smith, Association of American Physicians and Surgeons, and Ethics and Public Policy Center to file an amicus brief in support of rehearing are **GRANTED**.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION