## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 29, 2024

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 22-13626-U
Case Style: Anna Lange v. Houston County, Georgia, et al
District Court Docket No: 5:19-cv-00392-MTT

### EN BANC BRIEFING NOTICE

For purpose of the upcoming en banc rehearing in the above referenced case, the court desires for counsel to focus their briefs on the following issue:

> **Whether the employer-provided health insurance policy at issue, which covers medically necessary treatments for certain diagnoses but bars coverage for Lange's "sex change" surgery, facially violates Title VII of the Civil Rights Act of 1964.**

Briefing Deadlines
The appellants' en banc brief is due **September 30, 2024**. The appellee's en banc brief is due **October 30, 2024** and any en banc reply brief is due on **November 20, 2024**. **NO EXTENSIONS WILL BE GRANTED.**

Form
Please see FRAP 28 and 32 and the corresponding circuit rules for information on the form of briefs. The filing of an en banc amicus brief is governed by 11th Cir.R.35-8.

Paper Copies
All parties must file 10 briefs in paper. Counsel is not required to submit the additional copies of the previous filed briefs.

Brief Compliance Check Program
The Brief Compliance Check Program automatically checks briefs for compliance with the Federal Rules of Appellate Procedure and Eleventh Circuit Rules when they are filed electronically and identifies critical deficiencies that may need to be corrected. To check a brief before filing, select "Check PDF Document" under the Utilities tab on the main CM/ECF page,

then select "Check pleading for Compliance with FRAP and Local Rules," enter the case number, select the type of brief being checked, and upload the brief.

Oral argument will be held the week of February 3, 2025. Each side will have 20 minutes for argument.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Briefing Notice 1 - Appellant