No. 22-13626

═══════════════════════════════════════════════

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

───────────────────────────────────────────

ANNA LANGE,

       *Plaintiff-Appellee*,

v.

HOUSTON COUNTY, GEORGIA, *et al*.

       *Defendants-Appellants*.

───────────────────────────────────────────

On Appeal from the United States District Court

for the Middle District of Georgia

Case No. 5:19-cv-00392-MTT

═══════════════════════════════════════════════

## NOTICE OF CHANGE OF FIRM NAME
## AND CONTACT INFORMATION

═══════════════════════════════════════════════

                Z Gabriel Arkles
                ADVOCATES FOR TRANS EQUALITY
                EDUCATION FUND
                520 8th Ave Ste 2204
                New York, NY 10018
                P: 646-993-1688
                F: 646-993-1686
                garkles@transequality.org

                *Counsel for Plaintiff*

## NOTICE OF CHANGE OF FIRM NAME AND CONTACT INFORMATION

COMES NOW the undersigned counsel, and hereby gives notice of an organizational name change for plaintiff's counsel, previously known as Transgender Legal Defense and Education Fund. The new name of the organization is Advocates for Trans Equality Education Fund, effective immediately.

The address remains 520 8th Ave, Ste. 2204, New York, NY 10018. New contact information has been updated on PACER and is listed below:

Z Gabriel Arkles, garkles@transequality.org

* * *

Dated: October 22, 2024                     Respectfully submitted,

ADVOCATES FOR TRANS EQUALITY
EDUCATION FUND

/s/ Z Gabriel Arkles
Z Gabriel Arkles
520 8th Ave Ste 2204
New York, NY 10018
P: 646-993-1688
F: 646-993-1686
garkles@transequality.org

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Z Gabriel Arkles