# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13626

_____

ANNA LANGE,

                                                                                      Plaintiff-Appellee,

*versus*

HOUSTON COUNTY, GEORGIA,
HOUSTON COUNTY SHERIFF CULLEN TALTON,
in his official capacity,

                                                                      Defendants-Appellants,

HOUSTON COUNTY BOARD OF COMMISSIONERS, et al.,

                                                                         Defendant.

| | | |
|---|---|---|
| 2 | Order of the Court | 22-13626 |

_____

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 5:19-cv-00392-MTT

_____

Before WILSON and BRANCH, Circuit Judges.

BY THE COURT:

Motion for leave to file En Banc Amicus Curiae brief of Christian Employers Alliance in support of Appellants is GRANTED.

Motion for leave to file En Banc Amicus Curiae brief of American Civil Rights Project in support of Appellants is GRANTED.