# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13626

_____

ANNA LANGE,

                                            Plaintiff-Appellee,

*versus*

HOUSTON COUNTY, GEORGIA,
HOUSTON COUNTY SHERIFF CULLEN TALTON,
in his official capacity,

                                            Defendants-Appellants,

HOUSTON COUNTY BOARD OF
COMMISSIONERS, et al.,

                                            Defendant.

| | | |
|---|---|---|
| 2 | Order of the Court | 22-13626 |

_____

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 5:19-cv-00392-MTT

_____

Before WILSON and BRANCH, Circuit Judges.

BY THE COURT:

    Motion for leave to file En Banc Amici Curiae brief of Lawyers' Committee For Civil Rights Under Law, National Employment Law Project and LatinoJustice PRLDEF, in support of Appellee is GRANTED.

    Motion for leave to file En Banc Amici Curiae brief of American Liberties Union, American Civil Liberties Union of Florida, National Women's Law Center and Pride at Work, AFL-CIO, in support of Appellee is GRANTED.

    Motion for leave to file En Banc Amici Curiae brief of local governments, in support of Appellee is GRANTED.