No. 22-13626

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

◆

ANNA LANGE,
*Plaintiff-Appellee*,

v.

HOUSTON COUNTY, GEORGIA, and
HOUSTON COUNTY SHERIFF CULLEN TALTON, in his official capacity,
*Defendants-Appellants*.

◆

On Appeal from the United States District Court
for the Middle District of Georgia
Case No. 5:19-cv-00392-MTT

## SUPPLEMENT TO MOTION OF THE STATE OF ALABAMA AS AMICUS CURIAE TO PARTICIPATE IN EN BANC ORAL ARGUMENT

Steve Marshall
 *Attorney General*
Edmund G. LaCour Jr.
 *Solicitor General*
A. Barrett Bowdre
 *Principal Deputy*
 *Solicitor General*
OFFICE OF THE ALABAMA
ATTORNEY GENERAL
501 Washington Ave.
Montgomery, AL 36130
(334) 242-7300
Edmund.LaCour@
 AlabamaAG.gov

*Counsel for* Amicus Curiae
*State of Alabama*

JANUARY 3, 2025

*Lange v. Houston County, Ga.*, No. 22-13626

# CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1(a)(3) and 26.1-2(b), the undersigned counsel certifies that the certificate of interested parties contained in the Motion of the State of Alabama As *Amicus Curiae* To Participate in En Banc Oral Argument (CA11 Doc. 153) is complete.

Respectfully submitted this 3rd day of January, 2025.

                                                  s/ Edmund G. LaCour Jr.
                                                Edmund G. LaCour Jr.
                                                *Counsel for* Amicus Curiae *State of Alabama*

### SUPPLEMENT TO MOTION OF AMICUS CURIAE STATE OF ALABAMA TO PARTICIPATE IN EN BANC ORAL ARGUMENT

On December 31, 2024, the State of Alabama requested permission to participate in oral argument before the en banc Court in this appeal. *See* CA11 Doc. 153. At the time of filing, the State was able to indicate that Defendants-Appellants did not oppose the State's motion, but the State had not yet ascertained Plaintiff-Appellee's position. Since then, the State has learned that Plaintiff-Appellee does not oppose the State's motion. The State thus submits this supplement to inform the Court that the State's motion to participate in oral argument is unopposed.

Respectfully submitted,

Steve Marshall
*Attorney General*

s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
*Solicitor General*
A. Barrett Bowdre
*Principal Deputy Solicitor General*
OFFICE OF THE ALABAMA
ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov

*Counsel for* Amicus Curiae
*State of Alabama*

JANUARY 3, 2025

1

## CERTIFICATE OF COMPLIANCE

1.	I certify that this motion complies with the type-volume limitations set forth in Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 106 words, including all headings, footnotes, and quotations, and excluding the parts of the brief exempted under Rule 32(f).

2.	In addition, this motion complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in 14-point Times New Roman font.

s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
*Counsel for* Amicus Curiae
*State of Alabama*

## CERTIFICATE OF SERVICE

I certify that on January 3, 2025, I electronically filed this document using the Court's CM/ECF system, which will serve counsel of record.

s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
*Counsel for* Amicus Curiae
*State of Alabama*

3