IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 22-13626

ANNA LANGE,

                Plaintiff-Appellee

v.

HOUSTON COUNTY, GEORGIA, *et al.*,

                Defendants-Appellants

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

_____

NOTICE OF WITHDRAWAL OF THE UNITED STATES'
EN BANC BRIEF AS AMICUS CURIAE

_____

After the change in Administrations, the United States is hereby withdrawing its en banc brief as amicus curiae, filed on October 30, 2024.

      Respectfully submitted,

      KATHLEEN WOLFE
       Deputy Assistant Attorney General

      <u>s/ Sydney A.R. Foster</u>
      SYDNEY A.R. FOSTER
       Deputy Chief
       Department of Justice
       Civil Rights Division
       Appellate Section
       Ben Franklin Station
       P.O. Box 14403
       Washington, D.C.  20044-4403
       (202) 305-5941