No. 22-13626-DD

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

ANNA LANGE,

Plaintiff-Appellee

v.

HOUSTON COUNTY, GEORGIA, *et al.*,

Defendants-Appellants

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

_____

UNITED STATES' MOTION FOR WITHDRAWAL OF COUNSEL

_____

MAC WARNER
  Deputy Assistant Attorney General

ELIZABETH PARR HECKER
JASON LEE
  Attorneys
  Department of Justice
  Civil Rights Division
  Appellate Section
  Ben Franklin Station
  P.O. Box 14403
  Washington, D.C. 20044-4403
  (202) 616-5550

*Lange v. Houston Cnty., et al.*, No. 22-13626-DD

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rules 26.1-1 to 26.1-3, counsel for the United States as Appellee hereby certifies that other than the persons and entities previously identified in the briefs filed in this matter, the following persons may have an interest in the outcome of this case:

Warner, Mac, U.S. Department of Justice, Civil Rights Division, counsel for the United States.

s/ Elizabeth Parr Hecker  
ELIZABETH PARR HECKER  
 Attorney

Date:  April 4, 2025

## UNITED STATES' MOTION FOR WITHDRAWAL OF COUNSEL

The United States respectfully moves, pursuant to Federal Rule of Appellate Procedure 27, to withdraw Elizabeth Parr Hecker as counsel of record in the above-captioned case.  Effective April 11, 2025, undersigned counsel will leave her position with the Department of Justice.

The United States will continue to be represented by Jason Lee.

    Respectfully submitted,

    MAC WARNER
     Deputy Assistant Attorney General

    s/ Elizabeth Parr Hecker
    ELIZABETH PARR HECKER
     Attorney
     Department of Justice
     Civil Rights Division
     Appellate Section
     Ben Franklin Station
     P.O. Box 14403
     Washington, D.C.  20044-4403
     (202) 616-5550

Date:  April 4, 2025

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 54 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f).  This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared in Times New Roman 14-point font using Microsoft Word for Microsoft 365.

                                                 s/ Elizabeth Parr Hecker
                                                 ELIZABETH PARR HECKER
                                                   Attorney

Date:  April 4, 2025