# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 12, 2025

Elizabeth Hecker
DOJ-Crt
Appellate Section
PO BOX 14403 BEN FRANKLIN STATION
RM 3730
WASHINGTON, DC 20044-4403

Appeal Number: 22-13626-DD
Case Style: Anna Lange v. Houston County, Georgia, et al
District Court Docket No: 5:19-cv-00392-MTT

The enclosed order has been ENTERED.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers
General Information:  404-335-6100   Attorney Admissions:  404-335-6122
Case Administration:  404-335-6135   Capital Cases:  404-335-6200
CM/ECF Help Desk:  404-335-6125   Cases Set for Oral Argument:  404-335-6141

MOT-2 Notice of Court Action