# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13626

_____

ANNA LANGE,

                                                     Plaintiff-Appellee,

*versus*

HOUSTON COUNTY, GEORGIA,
HOUSTON COUNTY SHERIFF CULLEN TALTON,
in his official capacity,

                                             Defendants-Appellants,

HOUSTON COUNTY BOARD OF
COMMISSIONERS, et al.,

                                                         Defendant.

_____

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 5:19-cv-00392-MTT

_____

ORDER:

The parties are DIRECTED to file supplemental briefs addressing the applicability, if any, of the decision of the United States Supreme Court in *United States v. Skrmetti*, No. 23-477, 2025 WL 1698785, 2025 U.S. LEXIS 2377 (June 18, 2025).

The parties shall file their briefs, not to exceed 3,000 words, within 21 days from the date of this order.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION